


# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Ronald Edward Orantes, Laura Mier Orantes<br><br>Debtor(s). | Case No: 6:10-bk-49556-CB<br><br>Chapter: 11<br><br>**ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT**<br><br>Date: January 11, 2011<br>Time: 2:00 p.m.<br>Location: Courtroom 303 |

**TO: DEBTOR AND ITS COUNSEL OF RECORD:**

In order to expedite the disposition of this bankruptcy case and to provide information to creditors and other parties in interest, the court makes the following ORDER:

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. §105(d) a status conference in this case will be held on **January 11, 2011** at **2:00 p.m.** in Courtroom 303 on the 3rd Floor of 3420 Twelfth Street, Riverside, CA 92501.

**IT IS FURTHER ORDERED** that Debtor shall serve this order within 48 hours of receipt on the twenty largest unsecured creditors (or the committee of creditors, if any), all secured creditors, and the U.S. Trustee, and to file and serve a Status Report with the court, and serve

the U.S. Trustee and all official committees 14 days before every status conference hearing in this case. The Status Report and all proposed disclosure statements shall be supported by evidence in the form of declarations and supporting documents.

**FAILURE OF THE DEBTOR TO APPEAR (THROUGH COUNSEL IF THE DEBTOR IS REPRESENTED), TO FILE A STATUS REPORT OR TO SERVE THIS NOTICE AS REQUIRED MAY RESULT IN THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, DISMISSAL OF THE CASE, OR ITS CONVERSION TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE.**

<u>The status report shall include the following information or an explanation of why such information has not been included</u>:

(1) Describe the events that led up to and caused the filing of the Chapter 11 case.

(2) Describe the status of the Debtor's post-petition operations and its major assets and liabilities.

(3) Describe the status of the Debtor's pre-petition and post-petition litigation.

(4) State whether the estate has any potential avoidance actions as described in 11 U.S.C. §§544-550. If so, describe them briefly and state whether complaints have been filed. If complaints have not been filed, explain why not and estimate when the will be filed.

(5) Disclose whether counsel has been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of counsel, explain why not.

(6) Disclose whether other professionals have been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of professional employment, explain why not.

(7) Disclose whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee. If not, explain why not.

(8) Whether the case is a small business case within the meaning of 11 U.S.C. §101(51D).

(9) Whether the case is a single asset real estate case within the meaning of 11 U.S.C. §101(51B).

(10) A proposed deadline for filing and serving a disclosure statement and plan of reorganization. If a disclosure statement cannot be filed within the first 120 days of this case, explain the reasons for delay.

(11) A proposed deadline for filing proofs of claims.

(12) A proposed deadline for filing of objections to claims.

(13) A proposed deadline for filing any avoidance actions.

CREDITOR ATTENDANCE IS WELCOME, BUT NOT REQUIRED.

###

Date: 12/13/10

_____
Catherine E. Bauer
US Bankruptcy Judge

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 13, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

- 5

**6:10-bk-38306-CB Notice will be electronically mailed to:**

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

Franklin S Davidson on behalf of Debtor Ronald Orantes

seth@sethdavidsonlaw.com

**U.S. Mail**

**Ronald Edward Orantes**

**Laura Mier Orantes**

36251 Poplar Drive

Yucapia, CA 92399