**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as **ORDER SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND REQUIRING STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **DECEMBER 15, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **DECEMBER 15, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December1 15, 2010 | Seth Davidson | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                      F 9013-3.1.PROOF.SERVICE

Served by email:
United States Trustee
Ustpregion16.rs.ecf@usdoj.gov

Everett L. Green
everett.l.green@usdoj.gov

Served by US Mail:

AES/Suntrust Bank
Attn: Bankruptcy Dept
P.O. Box 2461
Harrisburg, PA 17105

American Express
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355

American Honda Finance
Attn: Bankruptcy Dept
6261 Katella Ave Ste 1A
Cypress, CA 90630

Amtrust Bank
Attn: Bankruptcy Dept
1801 E 9th St
Cleveland, OH 44114

Bank Of America
Attn: Bankruptcy Dept
PO Box 17054
Wilmington, DE 19850

Bank Of The West
Attn: Bankruptcy Dept
13505 California St
Omaha, NE 68154

Bank Of The West
Attn: Bankruptcy Dept
PO Box 8050
Walnut Creek, CA 94596

Chase
Attn: Bankruptcy Dept
PO Box 15298
Wilmington, DE 19850

Chela
Attn: Bankruptcy
PO Box 9500
Wilkes-Barre, PA 18773

Citibank USA
Attn Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

City National Bank (fka Ocwen)
Attn: Bankruptcy
PO Box 785057
Orlando, FL 32878

Discover Financial
Attn: Bankruptcy Department
PO Box 6103
Carol Stream, IL 60197

Home Comings Financial fka GMAC
Attn: Bankruptcy Dept
1100 Virginia Drive
Fort Washington, PA 19034

POPA Federal Credit Un
13304 Alondra Blvd
Cerritos, CA 90703

Sallie Mae
Attn: Bankruptcy Dept
PO Box 9532
Wilkes -Barr, PA 18773-9532

Sheridan-Myers
Attn: Bankruptcy Dept
13215 Penn St suite 210
Whittier, CA 90602

Sprint
Attn: Bankruptcy Dept
PO Box 54977
Los Angeles, CA 90054-0977

US Dept of Education
Attn: Borrowers Service Department
PO Box 5609
Greenville, TX 75403

Visterra Credit Union
Attn: Bankruptcy Dept
23520 Cactus Ave
Moreno Valley, CA 92553

Wells Fargo Bank NV NA
Attn: Bankruptcy Dept
PO Box 31557
Billings, MT 59107

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept
7255 Baymeadows Way
Jacksonville, FL 32256

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                              **F 9013-3.1.PROOF.SERVICE**