## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RONALD EDWARD ORANTES | § | CASE NO. RS10-49556-CEB |
| LAURA MIER ORANTES | § | CHAPTER 11 |
| | § | |
| | § | JUDGE CATHERINE E. BAUER |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Bank of The West**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7254-N-4152
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Bank of The West

## CERTIFICATE OF SERVICE

I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before December 21, 2010:

**Debtors' Attorney**
Franklin S Davidson
Law Office Of Seth Davidson
20355 Hawthorne, 2F Ste 300
Torrance, CA  90503

**Chapter 11 Trustee**

**U.S. Trustee**
Office of the US Trustee
3420 12th Street, Room 200
Riverside, California 92501

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

7254-N-4152
noaelect