```
STEVEN A. SCHWABER -- #43678
Law Offices of Steven A. Schwaber
2600 Mission Street
Suite 100
San Marino, California  91108

Telephone (626) 403-5600
Facsimile (626) 403-4691

Attorneys for Plaintiff
```

**FILED & ENTERED**

**JAN 21 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** cargill    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>RONALD EDWARD ORANTES and<br>LAURA MIER ORANTES<br><br><br><br>              Debtor<br>_____ | Case No. 6:10-bk-49556-MH<br><br>Chapter 11<br><br>ORDER CONFIRMING DEBTORS'<br>SEVENTH AMENDED PLAN OF<br>REORGANIZATION<br><br>DATE: December 10, 2013<br>TIME: 2:00 p.m.<br>CTRM: 303<br>     3470 – 12TH Street<br>     3rd Floor<br>     Riverside, CA  92501 |

    The hearing to confirm the Debtors' SEVENTH AMENDED PLAN OF REORGANIZATION (the "Plan") came regularly before the Court at the above-stated date, time and place.  Steven A. Schwaber and the Law Offices of Steven A. Schwaber appeared for the Debtor; there were no other appearances.

    The Court having read and considered the Plan, the Plan Ballot Summary, the Memorandum of Points and Authorities in Support of Confirmation of Debtors' Seventh Amended Chapter 11 Plan, and the Declarations of Ronald Orantes and Laura Orantes and Steven A.

1

1  Schwaber in Support Thereof, and having heard and considered the
2  arguments of counsel at the hearing, and good cause therefor
3  appearing,
4      IT IS HEREBY ORDERED as follows:
5      1.   The Court has previously approved the Debtors' Seventh
6  Amended Disclosure Statement (the "Disclosure Statement") for
7  dissemination to the creditors.
8      2.   The Plan, the Disclosure Statement and the Ballots were
9  properly served on the creditors.
10     3.   All classes of creditors set forth in the Plan voted to
11 accept the Plan other than Classes 3.a., 3.b. and 3.e, which
12 classes did not submit ballots either accepting or rejecting the
13 Plan and are deemed to have rejected the Plan.
14     4.   The Court finds that the absolute priority rule (the
15 "APR") applies to the Debtors' Plan in this case, but further finds
16 that the Debtor's have satisfied the APR through the contribution
17 of sufficient new value to the performance of the Plan, consisting
18 of their government pension payments.
19     5.   The Court further finds that the Plan satisfies each and
20 all of the requirements set forth in 11 U.S.C. §1129 as set forth
21 on the record, and specifically finds that the Plan does not
22 discriminate unfairly, and is fair and equitable, with respect to
23 each class of claims or interests that is impaired under, and has
24 not accepted, the Plan.
25 //
26 //
27 //
28 //

1  IT IS FURTHER ORDERED that on the basis of the foregoing
2  findings, the Debtors' Seventh Amended Plan of Reorganization
3  should be, and hereby is, CONFIRMED.

###

Date: January 21, 2014

Mark Houle
United States Bankruptcy Judge