PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501
Telephone:  (951) 276-6990
Facsimile:  (951) 276-6973
Email:  Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD EDWARD ORANTES and<br>LAURA MIER ORANTES,<br><br><br>Reorganized Debtors. | Case No. 6:10-bk-49556-MH<br><br>Hon. Mark D. Houle<br><br>Chapter 11<br><br>**STIPULATION RESOLVING OBJECTION OF UNITED STATES TRUSTEE TO APPLICATION OF STEVEN A. SCHWABER FOR PAYMENT OF FINAL FEES AND/OR EXPENSES**<br><br>Date:  February 11, 2014<br>Time:  2:00 p.m.<br>Place:  United States Bankruptcy Court<br>Courtroom 303<br>3420 Twelfth Street<br>Riverside, CA 92501 |

-1-

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, AND ALL PARTIES-IN-INTEREST:**

Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee"), and the Law Offices of Steven A. Schwaber ("Applicant" and collectively, the "Parties"), pursuant to 11 U.S.C § 330 and Local Bankruptcy Rule 2016-1, hereby stipulate as follows:

## **RECITALS**

A.    On January 19, 2014, Applicant filed an Application for Payment of Final Fees and/or Expenses for the period of January 20, 2011 through February 11, 2014 seeking $74,852.50 in fees and $1,973.27 in expenses or an aggregate total of $76,825.77 ("Final Fee Application").[1]

B.    The U.S. Trustee objected to the Application asserting, among other things, that some of the services should not be charged to the estate (the "Disputed Issues").[2]

C.    The Parties have met and conferred and in order to avoid the costs and uncertainties associated with litigating this matter, have reached an agreement to resolve the Disputed Issues.

## **STIPULATION**

**THEREFORE,** the Parties stipulate as follows:

1.    Subject to Court approval of this stipulation, Applicant shall reduce the fees requested in the Final Fee Application by $5,214.00 ("Agreed Reductions") to $69,638.50 in fees and $1,973.27 in expenses or an aggregate total of $71,611.77.

2.    The Agreed Reductions represent a permanent reduction in fees and Applicant may not seek approval of any such fees in any subsequent or supplemental request for compensation.

---

[1]    Docket No. 284.

[2]    The Disputed Issues are set forth in detail in the U.S. Trustee's objection, Docket No. 297.

1      3.    The parties shall bear their own fees and costs incurred in resolving the Disputed

2  Issues and/or in the preparation of this stipulation.

4  DATED: February 7, 2014            PETER C. ANDERSON
                                               UNITED STATES TRUSTEE

                                               By: _____
                                                         Everett L. Green
                                                         Trial Attorney

DATED: February ____, 2014          LAW OFFICES OF STEVEN A SCHWABER

                                               By: _____
                                                         Steven A. Schwaber
                                                         Applicant & Reorganized Debtors' Counsel

3. The parties shall bear their own fees and costs incurred in resolving the Disputed Issues and/or in the preparation of this stipulation.

DATED: February ____, 2014    PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
Everett L. Green
Trial Attorney

DATED: February  4 , 2014    LAW OFFICES OF STEVEN A SCHWABER

By: **Steven A. Schwaber**
Digitally signed by Steven A. Schwaber
DN: cn=Steven A. Schwaber, o=Law Offices of Steven A. Schwaber, ou, email=steve@schwaberlaw.com, c=US
Date: 2014.02.04 16:54:34 -08'00'

Steven A. Schwaber
Applicant & Reorganized Debtors' Counsel

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   3801 University Avenue, Suite 720, Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **Stipulation Resolving U.S. Trustee's Objection To Final Fee Application of Debtors' Counsel** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *February 5, 2014*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtors' Counsel, Steven A Schwaber    schwaberlaw@sbcglobal.net, bklawr@bklaw.com
Debtors' Counsel, Steven A Schwaber    schwaberlaw@sbcglobal.net, bklawr@bklaw.com
John B Acierno    jacierno@mrllp.com, jjacobs@mrllp.com
Nathaniel M Brodnax    bankruptcy@zievelaw.com, lklott@zievelaw.com
Mark D Estle    mark.estle@buckleymadole.com
Todd S Garan    ch11ecf@piteduncan.com
Erica T Loftis    bknotice@rcolegal.com
Joe M Lozano    notice@NBSDefaultServices.com
Christopher M McDermott    ecfcacb@piteduncan.com
Brian A Paino    ecfcacb@piteduncan.com
Daniel I Singer    dsinger@bplawgroup.com
Ramesh Singh    claims@recoverycorp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Edward T Weber    bknotice@rcolegal.com
Gilbert R Yabes    ch11ecf@piteduncan.com
Les A Zieve    bankruptcy@zievelaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On *February 5, 2014*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtors, Laura M. Orantes & Ronald E. Orantes, 565 S. Rancho Lindo Dr., Covina, CA 91724

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *February 5, 2014*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Mark D. Houle, 3240 Twelfth St. Ste. 365, Riverside, CA 92501-3819 (overnight mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2014 | Everett L. Green | /s/ Everett L. Green |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**